# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA LUCERO MORENO,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:16-cv-01600-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S SOCIAL SECURITY APPEAL |

Plaintiff Liza Lucero Moreno ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. The Court finds that this matter is appropriate for oral argument. Accordingly, the parties shall appear on February 14, 2018, at 10:00 a.m., in Courtroom 9 for a hearing on Plaintiff's Social Security Appeal. The parties may appear telephonically at the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference phone number and pass code. The parties should be prepared to address all argument raised in Plaintiff's briefing with citations to the record.

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing, IT IS HEREBY ORDERED that a hearing on Plaintiff's Social Security Appeal shall be held before the undersigned on **February 14, 2018, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __**December 20, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE