# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LIZA LUCERO MORENO, | Case No: 1:16-CV-01600-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT FOR PLAINTIFF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | (ECF No. 12) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between LIZA LUCERO MORENO (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be reversed and remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and de novo decision. On remand, the Appeals Council will direct Administrative Law Judge to 1) give further consideration to the severity of Plaintiff's impairment; 2) reassess Plaintiff's subjective complaints; 3) reassess Plaintiff's residual functional capacity; and obtain supplemental vocational expert evidence if necessary.

1

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL,<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: /s/Richard M. Rodriguez<br>RICHARD M. RODRIGUEZ<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |
| Dated: January 19, 2018 | /s/ Steven G. Rosales<br>By: Richard M. Rodriguez,<br>as authorized by email on January 19, 2018<br>STEVEN G. ROSALES, ESQ.<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. All outstanding matters and dates are HEREBY VACATED. It is FURTHER ORDERED that judgment be entered in favor of Plaintiff Liz Lucero Moreno and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **January 19, 2018**

UNITED STATES MAGISTRATE JUDGE