1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  LIZA LUCERO MORENO,                    Case No. 1:16-cv-1600-SAB

12              Plaintiff,                 ORDER REQUIRING DEFENDANT TO
                                           FILE OPPOSITION OR STATEMENT OF
13       v.                                NON-OPPOSITION TO PLAINTIFF'S
                                           MOTION FOR ATTORNEY FEES AND
14  COMMISSIONER OF SOCIAL SECURITY,       COSTS WITHIN FIVE DAYS

15              Defendant.

16

17          On October 21, 2016, Plaintiff Liza Lucero Moreno ("Plaintiff") filed a complaint

18  seeking judicial review of a final decision of the Commissioner of Social Security

19  ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the

20  Social Security Act.  Pursuant to the stipulation of the parties, this action was remanded for

21  further administrative proceedings on January 22, 2018.  On April 20, 2018, Plaintiff filed a

22  motion for attorney fees pursuant to the Equal Access to Justice Act and costs pursuant to 28

23  U.S.C. § 1920.  Defendant has not filed a response to the motion.

24          The Local Rules of the Eastern District of California provide that a party having no

25  opposition to the granting of a motion shall file a statement of non-opposition.  L.R. 230(c).  In

26  this instance, Defendant has not filed an opposition or a statement of non-opposition to

27  Plaintiff's motion for attorney fees and costs.  The Court shall require Defendant to either file an

28  opposition to the motion or a statement of non-opposition within five days from the date of entry

of this order. If there is no opposition, the parties may stipulate to the award of attorney fees.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for attorney fees within five (5) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **May 15, 2018**

_____
UNITED STATES MAGISTRATE JUDGE